# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>YIU WING CHOI,<br><br>　　　Defendant. | CR-S-99-263-KJD (LRL)<br><br>**ORDER** |

Presently before the Court is a letter from Defendant YIU WING CHOI (#110) requesting termination of his remaining restitution. The Court will treat this matter as a Motion.

Supervised release in this case terminated on January 7, 2006. With the termination of supervision, the District Court no longer has jurisdiction. Accordingly, the restitution order is being enforced as a civil judgment and collected by the United States.

## CONCLUSION

The Court lacks jurisdiction to grant Defendant's Motion (#110) and it is therefore **DENIED**. The Court will not entertain further pro se requests from Defendant in this closed case.

DATED this  19  day of July 2013.

　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge